**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**v.**                                      **No. 4:12-cr-00239-001 KGB**

**CHARLES EDWARD LOTT**                                                    **DEFENDANT**

<u>**ORDER**</u>

On June 12, 2013, defendant Charles Edward Lott filed a motion for mental health evaluation (Dkt. 28), which the Court granted (Dkt. 29).  On September 30, 2013, the Court received the psychiatric report and, on October 30, 2013, held a hearing to address the report and Mr. Lott's pending motion for order to withdraw guilty plea (Dkt. No 27).   After that hearing, the Court entered an Order (Dkt. No. 36) finding by a preponderance of the evidence that Mr. Lott currently is not competent to proceed in this case and assist in his defense.  The Court also committed Mr. Lott to the custody of the Attorney General for treatment in a suitable facility for a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future Mr. Lott will attain the capacity to permit the proceedings to go forward.   18 U.S.C. § 4241(d)(1).   Mr. Lott's motion to withdraw guilty plea remains under advisement.

The Attorney General has designated the facility where Mr. Lott will be treated to restore competency.  The United States Marshal is directed to transport immediately Mr. Lott to the Federal Medical Center in Butner, North Carolina.   This transport should be accomplished within ten days of this Order.  The Attorney General is reminded of his obligation to file a sealed treatment-status report by December 14, 2013, and at least once every 45 days thereafter until Mr. Lott is restored to competency or the Court directs otherwise.

IT IS SO ORDERED this 6th day of November, 2013.


_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE