

**U. S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*

*Federal Medical Center*
*P. O. Box 1600*
*Butner, NC 27509*
**(919) 575-3900**

January 24, 2014

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 03 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

The Honorable Kristine G. Baker
United States District Court
Eastern District of Arkansas
500 West Capitol Avenue, Rm D444
Little Rock, Arkansas 72201

RE:   LOTT, Charles Edward
      Register Number: 27271-009
      Docket Number:   4:12CR00239-001 KGB

Dear Judge Baker:

The above-referenced individual was admitted to the Mental Health Unit of this facility on December 9, 2013 pursuant to the provisions of Title 18, United States Code, Section 4241(d).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. Lott, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the day of his arrival and be extended for a full 120 days. If this request is granted, the evaluation period will end on April 7, 2014. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 working days of the end date. If you concur, please forward a copy of the amended Order by fax machine to (919) 575-4866 to the attention of Inmate Systems Management and send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact Kelly Forbes, Health Systems Specialist at (919) 575-3900 extension 6030.

Respectfully,

Craig Apker, Complex Warden
FCC Butner

**GRANTED**/DENIED (Circle One)

Signature: _Kristine M. Baker_    DATE: 2/3/2014
           District Judge Kristine G. Baker

cc:   Kristin Huntington Bryant, Assistant United States Attorney
      Lisa G. Peters, Defense Attorney