## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

v.                                      No. 4:12-cr-00239-001 KGB

**CHARLES EDWARD LOTT**                                                                **DEFENDANT**

### ORDER

The Court previously ordered the director of the Federal Medical Center in Butner, North Carolina, to determine whether a certificate of dangerousness should be issued regarding defendant Charles Edward Lott under 18 U.S.C. § 4246. The Court has learned that Mr. Lott has been transferred to a detention facility in Mason, Tennessee. The United States Marshal is directed to transport immediately Mr. Lott to the Federal Medical Center in Butner, North Carolina. This transport should be accomplished within 10 days of this Order.

IT IS SO ORDERED this 2nd day of May, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE