**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

v.                     **Case No. 4:12-cr-00239-001 KGB**

**CHARLES EDWARD LOTT**                                                        **DEFENDANT**

**ORDER**

By prior Order, the Court ordered the director of the Federal Medical Center in Butner, North Carolina, to determine whether a certificate of dangerousness should be issued pursuant to 18 U.S.C. § 4246 (Dkt. No. 41). The Court has received a report dated July 25, 2014, detailing the forensic evaluation of defendant Charles Edward Lott (Dkt. No. 44). The report states that "[i]t is our opinion that Mr. Lott is not suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to the property of another" (*Id.* at 1). In other words, the director has determined not to issue a certificate of dangerousness.

The parties are directed to file status reports within 14 days of the date of this Order. If the parties wish to object to the report or request a hearing on any matter, they should do so in their report. The parties also should advise the Court on Mr. Lott's location at the time of their report and how each party wishes to proceed in this matter. Further, the government is directed to show cause, if any, as to why Mr. Lott should not be released and to inform the Court whether it intends to drop or proceed with the charges currently pending against Mr. Lott.

IT IS SO ORDERED this 31st day of July, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE