**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                                                    **PLAINTIFF**

v.                              **Case No. 4:12-cr-00239-001 KGB**

**CHARLES EDWARD LOTT**                                                                                              **DEFENDANT**

## ORDER

By prior Order, the Court ordered an immediate examination of defendant Charles Edward Lott to determine whether he is sexually dangerous pursuant to 18 U.S.C. § 4248 (Dkt. No. 52). In a letter dated September 9, 2014, the Sex Offender Certification Review Branch ("SOCRB") of the Federal Bureau of Prisons determined during an initial screening that Mr. Lott "does not meet the statutory criteria for certification as a sexually dangerous person pursuant to section 4248" (Dkt. No. 60). The Government does not dispute the SOCRB's findings or any other findings made in the previous forensic evaluations. Having carefully reviewed the SOCRB's determination, the Court adopts the SOCRB's findings in their entirety as its findings.

Before the Court is the Government's motion to dismiss the indictment (Dkt. No. 59). Mr. Lott's counsel has represented in writing to the Court that the parties are in agreement that Mr. Lott should be released without conditions, and the Government has not disputed that representation. Neither party has requested a hearing on the Government's motion. The Court grants the Government's motion. The indictment against Mr. Lott is dismissed, and he should be released immediately.

IT IS SO ORDERED this 18th day of September, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE